JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN SERAFIN PLEITEZ, | No. CV 25-8117-SSS(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| CHANCE ANDES, | |
|     Respondent. | |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 27, 2026.

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE